**Order entered July 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00772-CV

### IN RE ANGELA MILITELLO, F/K/A ANGELA LEIGH SIMPSON STARRETT, Relator

**Original Proceeding from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-06211**

## ORDER
Justices Lang-Miers, Evans and Whitehill

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of

mandamus.  We **ORDER** each party to bear its own costs of this original proceeding.


/s/      DAVID EVANS
            JUSTICE